XHAVIN SINHA (SBN: 309340)
xsinha@sinha-law.com

SINHA LAW
1645 Willow Street, #150
San Jose, CA 95125
Telephone: (408) 791-0432

Attorney for Plaintiff,
CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>WEST COAST METALS, INC., et al.<br><br>          Defendant. | Case No.: 3:18-cv-03015-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE**<br><br>**F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, by and through its counsel, hereby gives Notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 1, 2018

                                        By: ___/S/   Xhavin Sinha_____
                                             Xhavin Sinha
                                             Attorney for Plaintiff

NOTICE OF DISMISSAL – Page 1